IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00223-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLAS BENITEZ-REYES,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on July 31, 2013, it is

    ORDERED that Defendant Nicolas Benitez-Reyes, is sentenced to TIME SERVED.

    DATED: July 31, 2013

                                  BY THE COURT:

                                  _____
                                  Christine M. Arguello
                                  United States District Judge